### Lindsey *v.* Higgins et al., Appellants.

Argued September 12, 1968. *Lawrence E. Wood,* for appellants; *William M. Mitman,* for appellee.

Judgment affirmed.

### Logue *v.* Lawler, Appellant.

Argued September 10, 1968. *Jacob J. Kilimnik,* with him *Alexander Osinoff,* for appellant; *Samuel Lichtenfeld,* for appellees.

Order affirmed.

### Lustrik, Inc. *v.* Merchant & Evans Company, Appellant.

Argued September 13, 1968. *James E. Riely,* with him *Stassen and Kephart,* for appellant; *I. Jerome Stern,* with him *Richard F. Stern,* and *Stern and Stern,* for appellee.

Judgment affirmed.